Form 132 – 13sum

# UNITED STATES BANKRUPTCY COURT

District of New Jersey
402 East State Street
Trenton, NJ 08608

Case No.: 18−20921−KCF
Chapter: 13
Judge: Kathryn C. Ferguson

In Re: Debtor(s) (name(s) used by the debtor(s) in the last 8 years, including married, maiden, trade, and address):

| | |
|---|---|
| Walter Bailey | Janeen Gudger |
| 31 Landsdowne Road | 31 Landsdowne Road |
| Burlington, NJ 08016 | Burlington, NJ 08016 |

Social Security No.:
   xxx−xx−5628                                                               xxx−xx−5293

Employer's Tax I.D. No.:

## NOTICE OF HEARING ON CONFIRMATION OF PLAN

Date:            8/8/18
Time:            10:00 AM
Location:        Courtroom 2, Clarkson S. Fisher, U.S. Courthouse, 402 E. State St., Trenton, NJ 08608−1507

   An objection to confirmation of the plan, including any motions referenced therein to avoid judicial liens under 11 USC section 522(f) and/or to avoid liens and reclassify claims in whole or in part, shall be filed and served seven days before confirmation. Filing a motion for relief from the automatic stay will not be considered an objection to the confirmation.

   **If, at the confirmation hearing, it is determined that the debtor's plan is not confirmable, the case may be dismissed or converted.**

A copy of the Plan will follow this notice.

Dated: June 15, 2018
JAN: amg

                                        Jeanne Naughton
                                        Clerk, U. S. Bankruptcy Court

United States Bankruptcy Court
District of New Jersey

In re:  
Walter Bailey  
Janeen Gudger  
    Debtors

Case No. 18-20921-KCF  
Chapter 13

## CERTIFICATE OF NOTICE

District/off: 0312-3     User: admin     Page 1 of 1     Date Rcvd: Jun 15, 2018  
                Form ID: 132     Total Noticed: 7

Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on Jun 17, 2018.
```
db/jdb         +Walter Bailey,    Janeen Gudger,   31 Landsdowne Road,   Burlington, NJ 08016-2966
517562353       DITECH,    PO BOX 7169,    PASADENA, CA 91109-7169
517562354      +MCCABE, WEISBERG & CONWAY, LLC,    SUITE 201,    216 HADDON AVE.,    WESTMONT, NJ 08108-2818
```
Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.
```
smg             E-mail/Text: usanj.njbankr@usdoj.gov Jun 15 2018 23:47:45      U.S. Attorney,   970 Broad St.,
                 Room 502,    Rodino Federal Bldg.,    Newark, NJ 07102-2534
smg            +E-mail/Text: ustpregion03.ne.ecf@usdoj.gov Jun 15 2018 23:47:40      United States Trustee,
                 Office of the United States Trustee,    1085 Raymond Blvd.,    One Newark Center,   Suite 2100,
                 Newark, NJ 07102-5235
517562355       E-mail/PDF: PRA_BK2_CASE_UPDATE@portfoliorecovery.com Jun 16 2018 00:03:08
                 Portfolio Recovery Associates, LLC,    c/o Capital One Bank (USA), N.a.,   POB 41067,
                 Norfolk VA 23541
517562356       E-mail/Text: bankruptcy@pseg.com Jun 15 2018 23:47:06      PSE&G,   POBOX 490,
                 CRANFORD, NJ 07016-0490
                                                                                              TOTAL: 4

           ***** BYPASSED RECIPIENTS (undeliverable, * duplicate) *****
517562357*      DITECH,    PO BOX 7169,    PASADENA, CA 91109-7169
517562358*     +MCCABE, WEISBERG & CONWAY, LLC,    SUITE 201,    216 HADDON AVE.,    WESTMONT, NJ 08108-2818
517562359*    ++PORTFOLIO RECOVERY ASSOCIATES LLC,    PO BOX 41067,    NORFOLK VA 23541-1067
                (address filed with court:   Portfolio Recovery Associates, LLC,
                 c/o Capital One Bank (USA), N.a.,   POB 41067,    Norfolk VA 23541)
517562360*      PSE&G,    POBOX 490,    CRANFORD, NJ 07016-0490
                                                                                   TOTALS: 0, * 4, ## 0
```

Addresses marked '+' were corrected by inserting the ZIP or replacing an incorrect ZIP.  
USPS regulations require that automation-compatible mail display the correct ZIP.

Transmission times for electronic delivery are Eastern Time zone.

Addresses marked '++' were redirected to the recipient's preferred mailing address pursuant to 11 U.S.C. 342(f)/Fed.R.Bank.PR.2002(g)(4).

**I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed. R. Bank. P. 2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Jun 17, 2018                        Signature:  /s/Joseph Speetjens

---

## CM/ECF NOTICE OF ELECTRONIC FILING

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system on June 15, 2018 at the address(es) listed below:
```
              Albert   Russo    docs@russotrustee.com
              Kareem J Crawford    on behalf of Debtor Walter   Bailey kareemjcrawford91@gmail.com,
               sdgcrawford@gmail.com
              Rebecca Ann Solarz    on behalf of Creditor    Ditech Financial LLC rsolarz@kmllawgroup.com
              U.S. Trustee    USTPRegion03.NE.ECF@usdoj.gov
                                                                                             TOTAL: 4
```