Form 148 − ntcdsmcs

**UNITED STATES BANKRUPTCY COURT**

District of New Jersey
402 East State Street
Trenton, NJ 08608

           Case No.: 18−20921−KCF
           Chapter: 13
           Judge: Kathryn C. Ferguson

In Re: Debtor(s) (name(s) used by the debtor(s) in the last 8 years, including married, maiden, trade, and address):
   Walter Bailey                                  Janeen Gudger
   31 Landsdowne Road                 31 Landsdowne Road
   Burlington, NJ 08016                Burlington, NJ 08016

Social Security No.:
   xxx−xx−5628                                    xxx−xx−5293

Employer's Tax I.D. No.:

**NOTICE OF ORDER DISMISSING CASE**

    NOTICE IS HEREBY GIVEN that an Order Dismissing the above captioned Case as to the:
   Debtor and Joint Debtor was entered on August 9, 2018.

    Any discharge which was granted as to the above mentioned debtor(s) in this case is vacated. All outstanding fees to the Court incurred by the dismissed debtor(s) are due and owing and must be paid within five (5) days from the date of this Order.

Dated: August 10, 2018
JAN: ghm

                                                                        Jeanne Naughton
                                                                        Clerk

United States Bankruptcy Court
District of New Jersey

In re:                                                                  Case No. 18-20921-KCF
Walter Bailey                                                           Chapter 13
Janeen Gudger
        Debtors

## CERTIFICATE OF NOTICE

District/off: 0312-3          User: admin              Page 1 of 1           Date Rcvd: Aug 10, 2018
                              Form ID: 148             Total Noticed: 13

Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on Aug 12, 2018.
```
db/jdb         +Walter Bailey,   Janeen Gudger,   31 Landsdowne Road,   Burlington, NJ 08016-2966
517562353       DITECH,   PO BOX 7169,   PASADENA, CA 91109-7169
517562354      +MCCABE, WEISBERG & CONWAY, LLC,   SUITE 201,   216 HADDON AVE.,   WESTMONT, NJ 08108-2818
```
Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.
```
smg             E-mail/Text: usanj.njbankr@usdoj.gov Aug 10 2018 22:39:57     U.S. Attorney,   970 Broad St.,
                 Room 502,   Rodino Federal Bldg.,   Newark, NJ 07102-2534
smg            +E-mail/Text: ustpregion03.ne.ecf@usdoj.gov Aug 10 2018 22:39:56     United States Trustee,
                 Office of the United States Trustee,   1085 Raymond Blvd.,   One Newark Center,   Suite 2100,
                 Newark, NJ 07102-5235
517692096       E-mail/Text: bankruptcy.bnc@ditech.com Aug 10 2018 22:39:44     Ditech Financial LLC,
                 P.O. Box 6154,   Rapid City, SD 57709-6154
517605165       EDI: RESURGENT.COM Aug 11 2018 02:33:00     LVNV Funding,   c/o Resurgent Capital Services,
                 PO BOX 10675,   Greenville, SC 29603-0675
517654601       EDI: RESURGENT.COM Aug 11 2018 02:33:00     LVNV Funding, LLC its successors and assigns as,
                 assignee of Arrow Financial Services,,   LLC,   Resurgent Capital Services,   PO Box 10587,
                 Greenville, SC 29603-0587
517667383      +EDI: MID8.COM Aug 11 2018 02:33:00     MIDLAND FUNDING LLC,   PO Box 2011,
                 Warren, MI 48090-2011
517562355       EDI: PRA.COM Aug 11 2018 02:33:00     Portfolio Recovery Associates, LLC,
                 c/o Capital One Bank (USA), N.a.,   POB 41067,   Norfolk VA 23541
517562356       E-mail/Text: bankruptcy@pseg.com Aug 10 2018 22:39:35     PSE&G,   POBOX 490,
                 CRANFORD, NJ 07016-0490
517679086      +EDI: JEFFERSONCAP.COM Aug 11 2018 02:33:00     Premier Bankcard, Llc,
                 Jefferson Capital Systems LLC Assignee,   Po Box 7999,   Saint Cloud Mn 56302-7999
517665117      +EDI: AIS.COM Aug 11 2018 02:33:00     T Mobile/T-Mobile USA Inc,
                 by American InfoSource LP as agent,   4515 N Santa Fe Ave,   Oklahoma City, OK 73118-7901
                                                                                               TOTAL: 10

           ***** BYPASSED RECIPIENTS (undeliverable, * duplicate) *****
517562357*      DITECH,   PO BOX 7169,   PASADENA, CA 91109-7169
517562358*     +MCCABE, WEISBERG & CONWAY, LLC,   SUITE 201,   216 HADDON AVE.,   WESTMONT, NJ 08108-2818
517562359*    ++PORTFOLIO RECOVERY ASSOCIATES LLC,   PO BOX 41067,   NORFOLK VA 23541-1067
               (address filed with court: Portfolio Recovery Associates, LLC,
                 c/o Capital One Bank (USA), N.a.,   POB 41067,   Norfolk VA 23541)
517562360*      PSE&G,   POBOX 490,   CRANFORD, NJ 07016-0490
                                                                                TOTALS: 0, * 4, ## 0
```

Addresses marked '+' were corrected by inserting the ZIP or replacing an incorrect ZIP.
USPS regulations require that automation-compatible mail display the correct ZIP.

Transmission times for electronic delivery are Eastern Time zone.

Addresses marked '++' were redirected to the recipient's preferred mailing address
pursuant to 11 U.S.C. 342(f)/Fed.R.Bank.PR.2002(g)(4).

**I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed. R. Bank. P. 2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Aug 12, 2018                                          Signature:  /s/Joseph Speetjens

---

## CM/ECF NOTICE OF ELECTRONIC FILING

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email)
system on August 10, 2018 at the address(es) listed below:
```
              Albert Russo    docs@russotrustee.com
              Kareem J Crawford    on behalf of Debtor Walter  Bailey kareemjcrawford91@gmail.com,
               sdgcrawford@gmail.com
              Rebecca Ann Solarz    on behalf of Creditor    Ditech Financial LLC rsolarz@kmllawgroup.com
              U.S. Trustee    USTPRegion03.NE.ECF@usdoj.gov
                                                                                             TOTAL: 4
```